UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNY ALLEN, III | CIVIL ACTION |
| VERSUS | NUMBER: 18-6029 |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "F"(5) |

**ORDER**

The Court, having considered the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's suit is dismissed without prejudice pursuant to Rule 4(m), Fed. R. Civ. P.

New Orleans, Louisiana, this 2nd day of January, 2019.

MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE